THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, that participate on marine cargo policy no. B0799MC030730k, foreign corporations,<br><br>Plaintiffs,<br>v.<br><br>MILLS BROS. INTERNATIONAL, INC. dba GLOBAL HARVEST FOODS, LTD., a Washington corporation,<br><br>Defendant. | CASE NO. C18-1661-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for an extension of time to file a disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 (Dkt. No. 7). Having thoroughly considered the motion and the relevant record, the Court herby GRANTS the motion. Plaintiffs shall file a disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 no later than December 11, 2018.

//

//

MINUTE ORDER
C18-1661-JCC
PAGE - 1

DATED this 27th day of November 2018.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk