UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, that participate on marine cargo policy no. B0799MC030730k, foreign corporations,<br><br>Plaintiffs,<br>v.<br><br>MILLS BROS. INTERNATIONAL, INC. dba GLOBAL HARVEST FOODS, LTD., a Washington corporation,<br><br>Defendant. | CASE NO. C18-1661-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendant to respond to Plaintiffs' complaint (Dkt. No. 13). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. The Court ORDERS that Defendant's response to the complaint shall be filed no later than January 4, 2019.

DATED this 13th day of December 2018.

//

//

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1661-JCC
PAGE - 2