THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, that participate on marine cargo policy no. B0799MC030730k, foreign corporations,<br><br>Plaintiffs,<br>v.<br><br>MILLS BROS. INTERNATIONAL, INC., dba GLOBAL HARVEST FOODS, LTD., a Washington corporation,<br><br>Defendant. | CASE NO. C18-1661-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue Plaintiffs' motion for partial summary judgment and to modify the briefing schedule (Dkt. No. 26.) Having thoroughly reviewed the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

1. The Clerk is DIRECTED to re-note Plaintiffs' pending motion for partial summary judgment (Dkt. No. 22) to May 31, 2019;
2. Defendant's response brief shall be filed no later than noon on Friday, May 24, 2019; and

MINUTE ORDER
C18-1661-JCC
PAGE - 1

1.     3. Plaintiffs' reply brief shall be filed no later than Friday, May 31, 2019.

2.         DATED this 20th day of May 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk
