THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, | CASE NO. C18-1661-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MILLS BROS. INTERNATIONAL, INC., *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated agreement to mediate and request to stay the case (Dkt. No. 35). Having thoroughly considered the stipulation and the relevant record, the Court hereby STAYS this case until July 15, 2019. The parties are ORDERED to file a joint status report regarding the results of the mediation no later than Wednesday, July 17, 2019.

DATED this 1st day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1661-JCC
PAGE - 1