THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, | CASE NO. C18-1661-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MILLS BROS. INTERNATIONAL, INC., *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report on mediation (Dkt. No. 38). On July 1, 2019, the Court stayed the case until July 15, 2019 following the parties' stipulation regarding mediation and discovery. (Dkt. Nos. 35, 36.) The parties report that they were unable to reach a resolution of the case through mediation. (*See* Dkt. No. 38.) In light of the report, the Clerk is DIRECTED to re-note Plaintiff's pending summary judgment motion (Dkt. No. 22) to July 16, 2019 for the Court's consideration.

//

//

//

MINUTE ORDER
C18-1661-JCC
PAGE - 1

1       DATED this 16th day of July 2019.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk