THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, that participate on marine cargo policy no. B0799MC030730k, foreign corporations,<br><br>Plaintiffs,<br>v.<br><br>MILLS BROS. INTERNATIONAL, INC., and GLOBAL HARVEST FOODS, LTD.,<br><br>Defendants. | CASE NO. C18-1661-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to revise the case caption (Dkt. No. 43). The parties request that the case caption be amended to show that Defendants in this case are Mills Bros. International, Inc. and Global Harvest Foods, Ltd. (*Id*.) The parties also request that all references to "Defendant" in the complaint and counterclaim answer in this action "be understood to refer to both defendants." (*Id*.) Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. The Clerk is DIRECTED to modify the case caption to reflect that the named Defendants in this action are

MINUTE ORDER
C18-1661-JCC
PAGE - 1

Mills Bros. International, Inc. and Global Harvest Foods, Ltd.

DATED this 10th day of September 2019.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk